## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:26-cr-00279-FLA-2 |
| Jaidyn Nyle Steinberg | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of Defendant_____, IT IS ORDERED that a detention hearing
is set for May 15_____, 2026_____, at 9:30_____ ☒a.m. / ☐p.m. before the
Honorable Maria A. Audero_____, in Courtroom 880_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: May 14, 2026

_____
Honorable Maria A. Audero, U.S. Magistrate Judge